AO442(Rev. 12/85) Warrant for Arrest

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

V.

FRANKLIN YASIR MEJIA-MACEDO
a/k/a FRANK MAJIA a/k/a FRANK MEJIA
DOB:
PDID:

**WARRANT FOR ARREST**

FILED

FEB 2 1 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

CASE NUMBER: 08 - 1 1 6 - M - 0 1

To:  The United States Marshal
     and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ___Franklin Yasir Mejia-Macedo___
                                              Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment   ☐ Information   ☒ Complaint   ☐ Order of Court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him or her with (brief description of offense)

knowing or in reckless disregard of the fact that an alien has come to, entered or remains in the United States in violation of law, did and attempted to transport and move such alien within the United States by means of transportation or otherwise, in furtherance of such violation of law; and with entering and attempting to enter the United States at any time or place other than as designated by immigration officers.

in violation of Title ___8___ United States Code, Section(s) __1324(a)(1)(A)(ii) and 1325(a)(1)__.

ALAN KAY
U.S. MAGISTRATE JUDGE
Name of Issuing Officer

Title of Issuing Officer: ALAN KAY, U.S. MAGISTRATE JUDGE

Signature of Issuing Officer

Date and Location: FEB 20 2008    District of Columbia

Bail fixed at $ _____ by _____
                                    Name of Judicial Officer

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at _____

| DATE RECEIVED 02/21/08 | NAME AND TITLE OF ARRESTING OFFICER  R. Dole DUSM, DDC | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 02/21/08 | | |