UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on November 15, 2007

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CRIMINAL NO. 08-52<br>MAG NO 08-116 |
| v. | : | GRAND JURY ORIGINAL |
| **FRANKLIN MEJIA MACEDO,**<br>**Defendant.** | : | VIOLATIONS:<br>18 U.S.C. § 2421 (Transportation for Prostitution); |
| | : | 18 U.S.C. § 1591, (Sex Trafficking of Minors)<br>18 U.S.C. § 2 (Aiding and Abetting). |
| | : | 18 U.S.C. § 1325 (Illegal Entry into the United States). |

URBINA, J. RMU



### INDICTMENT

MAR 0 6 2008

The Grand Jury charges that:

### COUNT ONE

In or around November 2007 through in or around December 2007, in the District of Columbia and elsewhere, **FRANKLIN MEJIA MACEDO**, aiding and abetting others known and unknown to the Grand Jury, knowingly transported an individual, that is "C.C.," in interstate or foreign commerce from the District of Columbia into the State of Maryland, with the intent that "C.C." engage in prostitution.

**(Transportation for Prostitution,** aiding and abetting, in violation of Title 18, United States Code Sections 2421 and 2).

### COUNT TWO

In or around November 2007 through in or around December 2007, in the District of Columbia and elsewhere, **FRANKLIN MEJIA MACEDO**, aiding and

abetting others known and unknown to the Grand Jury, and knowingly, and in or affecting interstate or foreign commerce, recruited, enticed, harbored, transported, provided and obtained by any means "F.C.," a minor under the age of 18 years; and benefitted financially, or by receiving anything of value, from participation in a venture that engaged in such acts, knowing that "F.C." had not attained the age of 18 years and that "F.C." would be caused to engage in a commercial sex act, and he aided, abetted, counseled, commanded, induced or procured the commission of this offense.

(**Sex Trafficking of Minors, Aiding and Abetting** in violation of Title 18, United States Code Sections 1591 and 2).

### COUNT THREE

On or about February 18, 2008, in the District of Columbia and elsewhere, **FRANKLIN MEJIA MACEDO** did enter the United States at any time or place other than as designated by immigration officers.

(**Illegal Entry into the United States,** in violation of Title 8, United States Code Sections 1325).

A TRUE BILL

_____
FOREPERSON

Attorney of the United States
and for the District of Columbia

By: _____
Kayla Bakshi
Trial Attorney
Civil Rights Division, Criminal Section
United States Department of Justice

Elizabeth Yusi
Trial Attorney
Criminal Division, Child Exploitation and Obscenity Section
United States Department of Justice