# WARRANT FOR ARREST

| UNITED STATES DISTRICT COURT | FOR THE DISTRICT OF COLUMBIA | |
|---|---|---|
| UNITED STATES OF AMERICA | DOCKET NO: 08-52 | MAGIS. NO: |
| V. FRANKLIN MEJIA-MACEDO  DOB: | NAME & ADDRESS OF INDIVIDUAL TO BE ARRESTED | |
| WARRANT ISSUED ON THE BASIS OF:  INDICTMENT | DISTRICT OF ARREST | |
| TO: ANY UNITED STATES MARSHAL OR OTHER AUTHORIZED OFFICER | CITY | |

**YOU ARE HEREBY COMMANDED** to arrest the above-named person and bring that person before the nearest available Magistrate Judge to answer to the charge(s) listed below.

### DESCRIPTION OF CHARGES

Transportation for Prostitution
Sex Trafficking of Minors
Aiding and Abetting
Illegal Entry into the United States

**FILED**
MAR 07 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**IN VIOLATION OF:** UNITED STATES CODE TITLE & SECTION:
18:2421; 18:1591; 18:2; 8:1325

| BAIL FIXED BY COURT: | OTHER CONDITIONS OF RELEASE: | |
|---|---|---|
| ORDERED BY: JUDGE FACCIOLA | SIGNATURE (JUDGE/MAGISTRATE JUDGE) U.S. DISTRICT COURT JUDGE FACCIOLA | DATE ISSUED: 3/6/08 |
| CLERK OF COURT: | BY DEPUTY CLERK: | DATE: 3/6/08 |

### RETURN

This warrant was received and executed with the arrest of the above-named person.

| DATE RECEIVED 3/7/08 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE EXECUTED 3/7/08 | Jessica Schiwitz, DUSM | Jessica Schiwitz |
| HIDTA CASE: Yes   No X | | OCDETF CASE: Yes   No X |