UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA :
:
v. : Criminal Action No.: 08-52 (RMU)
:
Franklin Mejia-Macedo, :
Defendant. :

**ORDER**

It is this 18TH day of March 2008, hereby

**FILED**

MAR 18 2008

Clerk, U.S. District and
Bankruptcy Courts

ORDERED a ___Status___ hearing in the above-captioned case shall take place on ___April 10, 2008___ at ___4:15___.

SO ORDERED.

Ricardo M. Urbina
United States District Judge