NOTICE OF APPEARANCE IN A CRIMINAL CASE

CLERK'S OFFICE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
WASHINGTON, D.C. 20001

UNITED STATES OF AMERICA

vs.                                                    Criminal Number  08-52(RMU)

**FRANKLIN MEJIA-MACEDO**
(Defendant)

TO:   NANCY MAYER-WHITTINGTON, CLERK

YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS:   (Please check one)

[X]  CJA          [ ]  RETAINED          [ ]  FEDERAL PUBLIC DEFENDER

_____
(Signature)

PLEASE PRINT THE FOLLOWING INFORMATION:

Elita C. Amato
(Attorney & Bar ID Number)

Attorney-at-Law
(Firm Name)

2009 N. Fourteenth Street, Suite 606
(Street Address)

Arlington, VA   22201
(City)     (State)     (Zip)

(703) 522-5900
(Telephone Number)