# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 1:08-cr-0052 (RMU)** |
| | : | |
| **v.** | : | |
| | : | |
| **FRANKLIN MEJIA-MACEDO** | : | |
| | : | |

## NOTICE OF APPEARANCE

Please enter the appearance of U.S. Department of Justice Trial Attorney Elizabeth M. Yusi, at telephone number (202) 514-0885 and/or e-mail address elizabeth.yusi@usdoj.gov, as counsel for the United States in the above-captioned matter. Trial Attorney Kanwaljit K. Bakshi also will continue to represent the United States.

Respectfully submitted,

For the United States of America

/s/ Elizabeth M. Yusi
Elizabeth M. Yusi
Trial Attorney
U.S. Department of Justice, Criminal Div.
Child Exploitation and Obscenity Section
1400 New York Avenue, NW
Washington, DC 20530
(202) 514-0885
(202) 514-1793 (facsimile)

Dated: April 8, 2008

<u>Certificate of Service</u>

   I hereby certify that on April 8, 2008, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF system for filing and transmittal of a Notice of Electronic Filing to the registered CM/ECF registrants.

                /s/ Elizabeth M. Yusi

                Elizabeth M. Yusi