UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | Criminal Action No.: 08-0052 (RMU) |
| MEJIA-MACEDO, | : | |
| Defendant. | : | |

**ORDER**

FILED
APR 8 - 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

It is this 8th day of April 2008,

**ORDERED** that the status hearing in the above-captioned case scheduled for April 10, 2008 at 4:15 p.m. is hereby **VACATED** and **RESCHEDULED** for 10:45 a.m. that same day.

**SO ORDERED**.

Ricardo M. Urbina
United States District Judge