UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA :
:
v. : Criminal Action No.: 08-0052 (RMU)
:
FRANKLIN MEJIA-MACEDO, :
:
Defendant. :

**ORDER**

**FILED**
APR 1 0 2008
Clerk, U.S. District and
Bankruptcy Courts

It is this ____ day of March 2008, hereby

**ORDERED** a _status_ hearing in the above-captioned case shall take place on ___August 7th 2008___ at ___10:30___.

**SO ORDERED**.

_____
Ricardo M. Urbina
United States District Judge