THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES )<br>)<br>  v.    )<br>)<br>FRANKLIN MEJIA-MACEDO )<br>)<br>  Defendant.  )<br>_____ ) | Criminal No. 08cr52 (RMU) |

**DEFENDANT'S RESPONSE TO GOVERNMENT'S MOTION
FOR A PROTECTIVE ORDER UNDER 18 U.S.C. 3509 (d)**

*COMES NOW*, Franklin Mejia-Macedo, the defendant, through his undersigned counsel, and notifies the court and all parties that he intends to file under seal, his response to the government's motion.

Respectfully submitted,

/s/
_____
Elita C. Amato, Esq.
Attorney at Law
2009 N. Fourteenth Street, Suite 708
Arlington, VA  22201
(703) 522-5900

**CERTIFICATE OF SERVICE**

I hereby certify that on this 6th day of June, 2008, the foregoing electronically filed causing service to all parties.

/s/
_____
Elita C. Amato