UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**, | ) |
| **Plaintiff,** | ) |
| v. | ) CRIMINAL NO. 1:08-cr-0052 (RMU) |
| **FRANKLIN MEJIA-MACEDO,** | ) |
| **Defendant.** | ) |

## GOVERNMENT'S REPLY IN SUPPORT OF
## MOTION FOR A PROTECTIVE ORDER UNDER 18 U.S.C. § 3509(d)

Plaintiff United States of America, by an through its attorney, Elizabeth Marie Yusi, hereby files its reply in support of its Motion for an order stating that the privacy protection measures mandated by 18 U.S.C. § 3509(d) when a case involves a person under the age of eighteen years who is alleged to be a victim of a crime of sexual exploitation, or a witness to a crime committed against another person, apply to this case.

The immediate case involves, in part, the trafficking of minors for purposes of prostitution. *See* Indictment of Franklin Mejia-Macedo. Regardless of the nationality or residence of the minors involved who may be witnesses, it would be mentally detrimental to a minor who testifies about sex trafficking that occurred to themselves, as well as to others, to have their identity released to the public. Therefore, the minors' identities should be protected by 18 U.S.C. § 3509(d) and minor witnesses should only be identified by their initials at trial.

Contrary to the defendant's assertions, an order by the Court under 18 U.S.C. § 3509(d) would not differentiate a minor witness or bolster the minor's credibility. Nor would the use of the minors' initials conflict with defendant's right to confrontation. See Government's Brief in

Support of Motion at 4-5.  However, out of an abundance of caution, the Government does not object to the disclosure of the minor witnesses' full names during impanelment of the jury.  The Government also does not object to a cautionary jury instruction explaining the limited purpose of the use of the minors' initials during trial.

     Again, given the compelling interest in protecting the welfare and privacy of the minors involved in this case, the Government respectfully requests that the Court grant the requested relief in its Motion.

                                                       Respectfully submitted,

                                                       For the United States of America

                                                         /s/ Elizabeth M. Yusi  
                                                     Elizabeth M. Yusi  
                                                     DC Bar No. 493745  
                                                     Trial Attorney  
                                                     U.S. Department of Justice, Criminal Div.  
                                                   Child Exploitation and Obscenity Section  
                                                   1400 New York Avenue, NW  
                                                   Washington, DC  20530  
                                                   (202) 514-0885  
                                                   (202) 514-1793 (facsimile)

Dated: June 16, 2008

**Certificate of Service**

      I hereby certify that on June 16, 2008, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF system for filing and transmittal of a Notice of Electronic Filing to the registered CM/ECF registrants, as well as sent via first class U.S. Mail, to:

Elita Amata
2009 N 14th St
Suite 708
Arlington, VA 22201

                                                    /s/ Elizabeth M. Yusi
                                                      Elizabeth M. Yusi