UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**
JUL 3 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | Criminal Action No.: 08-0052 (RMU) |
| FRANKLIN MEJIA-MACEDO, | : | |
| Defendant. | : | |

### ORDER

**GRANTING THE GOVERNMENT'S MOTION FOR A PROTECTIVE ORDER
UNDER U.S.C. § 3509(D)**

Upon consideration of the government's motion and for good cause shown therein, and upon the government's representation that it does not object to the disclosure of minor witnesses' full names during the impanelment of the jury or to a cautionary jury instruction explaining the limited purpose of the use of the minors' initials during trial, it is this 3rd day of July, 2008, hereby

**ORDERED** that all persons acting in this case in a capacity described in 18 U.S.C. § 3509(d)(1)(B) shall

1. Keep all documents that disclose the name or any other information concerning a child in a secure place to which no person who does not have reason to know their contents has access; and

2. Disclose such documents or the information in them that concerns a child only to persons who, by reason of their participation in this proceeding, have reason to know such information. It is

**FURTHER ORDERED** that counsel for the Government and counsel for defendant shall provide one another with a copy of each unredacted pleading filed in this case, provided that such pleading is not filed *in camera*. It is

**ORDERED** that the parties and the witnesses shall not disclose alleged minor victims or witnesses' names at pre-trial proceedings or at trial in this case. The parties shall prepare their witnesses and instruct them to refer to the alleged minor victims or witnesses only by a non-identifying label and all counsel shall refer only to the non-identifying label, rather than their names, in opening statements and in closing arguments.

**SO ORDERED.**

_____
Ricardo M. Urbina
United States District Judge