THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES        ) | |
|                      ) | |
|     v.               ) | Criminal No. 08-52 (RMU) |
|                      ) | |
| FRANKLIN MEJIA MACEDO ) | |
|                      ) | |
|   Defendant.         ) | |
| _____    ) | |

**MOTION TO ENLARGE TIME IN WHICH TO FILE MOTIONS AND
MEMORANDUM OF POINTS AND AUTHORITIES**

Franklin Mejia Macedo through undersigned counsel, respectfully moves this Court pursuant Rule 45(b) of the Federal Rules of Criminal Procedure to enlarge the time by which to file motions in this case.

The Court ordered all motions in this case be filed by July 11, 2008. Mr. Mejia Macedo through undersigned has already filed three motions in this case pursuant to the court's order. However, there may be a need to file additional pre-trial motions.

The government has provided the defense with voluminous discovery, some of it in paper form and part of it on compact discs. Some of the discovery on the compact discs, have caused problems for undersigned to open and access. Some discs contain computer files and other information copied from the computer seized from 4913 Kansas Ave., N.W., Washington, D.C. The government advised undersigned that a forensic analysis tool such as Encase or FTC are necessary to access these particular discs. Undersigned currently does not possess such tools and programs but will make efforts to do so.

Additionally, a compact disc was provided which contains recordings of the defendant's statement as well as those of government witnesses. Undersigned has been able to access these recordings. It is hopeful that she will have better results with the use of another computer.

Government counsel is aware of undersigned's request for additional time in which to file motions based on further review of the discovery and the government does not oppose this request.

*WHEREFORE*, Mr. Mejia Macedo, respectfully requests the Court permit further motions be filed after July 11, 2008.

Respectfully submitted,

/s/

---

Elita C. Amato
Counsel to FRANKLIN MEJIA MACEDO
D. C. Bar # 442797
2009 N. Fourteenth St., Suite 708
Arlington, VA  22201
(703) 522-5900

**CERTIFICATE OF SERVICE**

**I CERTIFY** that the above motion was filed electronically on July 11, 2008, causing service electronically upon all parties in this case.

/s/

---

**Elita C. Amato, Esq.**

2

THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES ) | |
| ) | |
| v. ) | **Criminal No. 08-52 (RMU)** |
| ) | |
| FRANKLIN MEJIA MACEDO ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

### **ORDER**

Upon consideration of Defendant's Motion To Enlarge Time, there being no opposition, it is this _____ day of _____, 2008, hereby

**ORDERED** that defendant Franklin Mejia Macedo' motion is granted; and it is further

**ORDERED** that Mr. Mejia Macedo may be permitted to file additional motions if he determines it necessary as review of the discovery is completed.

**SO ORDERED**.

Date:

_____
RICARDO M. URBINA
UNITED STATES DISTRICT JUDGE