THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES )<br>)<br>   v. )<br>)<br>FRANKLIN MEJIA MACEDO )<br>)<br>  Defendant. )<br>_____ ) | Criminal No. 08-52 (RMU) |

## MOTION FOR 404(B) NOTICE

*COMES NOW*, Franklin Mejia Macedo through undersigned counsel, and respectfully moves for an order directing the government provide notice of its intent to use evidence of prior arrests, convictions, or bad acts. This motion is made under Fed. R. Evid. 404(b) and Fed. R.Crim.P. 16.

In addition, Mr. Mejia Macedo moves for production of all evidence, documents, records of judgments and convictions, photographs and tangible evidence, and information pertaining to any prior arrests and convictions or bad acts. Evidence of prior record is available under Fed.R.Crim.P. 16(a)(1)(B). Evidence of prior similar acts is discovery under Fed.R.Crim.P. 16(a)(1)(C) and Fed.R.Evid. 404(b) and 609. This request also includes Mr. Mejia Macedos "rap" sheet and/or NCIC computer check on Mejia Macedo.

                                          Respectfully submitted,

                                          /s/

                                        _____

                                        Elita C. Amato
                                        Counsel to FRANKLIN MEJIA MACEDO
                                        D. C. Bar # 442797
                                        2009 N. Fourteenth St., Suite 708
                                        Arlington, VA  22201
                                        (703) 522-5900

2

## CERTIFICATE OF SERVICE

**I CERTIFY** that the above motion was filed electronically on July 11, 2008, causing service electronically upon all parties in this case.

/s/

_____
**Elita C. Amato, Esq.**

THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES ) | |
| ) | |
| v. ) | Criminal No. 08-52 (RMU) |
| ) | |
| FRANKLIN MEJIA MACEDO ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**ORDER**

Upon consideration of Defendant's Motion for 404(b) Notice, and any opposition, it is this _____ day of _____, 2008, hereby

**ORDERED** that defendant Franklin Mejia Macedo' motion is granted; and it is further

**ORDERED** that the government comply with the requests contained in Mr. Mejia Macedo's Motion for 404(b) Notice.

**SO ORDERED**.

Date:

_____
    RICARDO M. URBINA
    UNITED STATES DISTRICT JUDGE