IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | **Crim. No. 08-52 (RMU)** |
| v. : | |
| : | |
| *Franklin Mejia Macedo*, et al : | |

### UNOPPOSED MOTION TO RESCHEDULE THE STATUS HEARING

Franklin Mejia Macedo through undersigned counsel, respectfully moves this Court reschedule the currently scheduled status hearing of August 7, 2008. Due to a work related plans, undersigned will be traveling out of the area for two days, on August 7, 2008, through August 8, 2008.

Undersigned spoke with government counsel who does not oppose the motion to reschedule the hearing. Both government counsel and undersigned counsel are available earlier in the week, on either August 5 or 6, or starting the week of August 18, thereafter.

**WHEREFORE**, Mr.Mejia Macedo, respectfully requests the Court grant this motion and reschedule the status hearing currently scheduled for August 7, 2008, to a date amenable to all parties.

Respectfully submitted,

/s/

_____
Elita C. Amato
Counsel to Franklin Mejia Macedo
D. C. Bar # 442797
2009 N. Fourteenth Street, Suite 708
Arlington, VA  22201
703-522-5900

2

## CERTIFICATE OF SERVICE

    **I CERTIFY** that the above motion was filed electronically on July 23, 2008, and hence thereby served electronically on all parties in this case.

/s/
_____
**Elita C. Amato, Esq.**

THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | **Crim. No**. **08-52 (RMU)** |
| v. : | |
| : | |
| *Franklin Mejia Macedo*, *et al* : | |

### ORDER

Upon consideration of Defendant's Unopposed Motion to Reschedule Status, there being no opposition, it is this _____ day of _____, 2008, hereby

**ORDERED** that defendant Mejia Macedo's motion is granted; and it is further

**ORDERED** that the status hearing of August 7, 2008, will be rescheduled to a date and time amenable to all parties.

**SO ORDERED**.

Date:

_____
RICARDO M. URBINA
UNITED STATES DISTRICT COURT JUDGE