UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

JUL 2 9 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA   :
                           :
v.                         :   Criminal Action No.:   08-0052 (RMU)
                           :
FRANKLIN MEJIA-MACEDO,     :   Document Nos.:         18, 19, 20
                           :
Defendant.                 :

## ORDER

Upon consideration of the defendants' motions and proposals made by counsel in a teleconference held on July 24, 2008, it is this 25th day of July, 2008,

**ORDERED** that the defendant's motion for an extension of time to file pretrial motions is **GRANTED**, that the defendant shall file any pretrial motions on or before August 29, 2008; the government shall file any oppositions on or before September 12, 2008; the defendant shall file any replies on or before September 19, 2008; and it is

**FURTHER ORDERED** that because the government's time in which to file a notice of intent to use Rule 404(b) evidence has expired, the defendant's motion for disclosure of Rule 404(b) evidence is **DENIED as moot**; and it is

**ORDERED** that the defendant's unopposed motion to reschedule the status hearing is **GRANTED**. The status hearing currently scheduled for August 7, 2008 is hereby **VACATED and RESCHEDULED** to occur on Thursday, October 2, 2008 at 11:00 a.m.

**SO ORDERED**.

Ricardo M. Urbina
United States District Judge