## THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES | ) | |
| | ) | |
| v. | ) | **Criminal No. 08-52 (RMU)** |
| | ) | |
| FRANKLIN MEJIA MACEDO | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

### SUPPLEMENTAL MOTION TO SUPPRESS STATEMENTS
### AND MEMORANDUM OF POINTS AND AUTHORITIES

**COMES NOW** Franklin Mejia Macedo through undersigned counsel, and

respectfully moves this Court pursuant to the Fifth Amendment of the United States

Constitution and case law, to suppress all oral statements made by him on February 20,

2008. The defendant requests an evidentiary hearing on this matter. In support of this

motion, counsel states the following:

### FACTUAL BACKGROUND[1]

On February 18, 2008, Agents of the Immigrations and Customs Enforcement

(ICE) executed an arrest warrant for Yaneth Martinez on charges of Sex Trafficking in

violation of Title 18, U.S.C. §591 and Unlawful Transportation and Movement of an

Alien, Title 8, U.S.C. §1324(a)(1)(A)(ii). During their arrest of Ms. Martinez, law

enforcement also encountered the defendant in this case, Franklin Mejia Macedo. Based

on information from a confidential source, law enforcement was aware that Mr. Mejia-

Macedo lived with Ms. Martinez and was her boyfriend. Immediately prior to the arrest

---

[1] Mr. Mejia Macedo incorporates information provided in the discovery. However, Mr. Mejia Macedo does not adopt such information as true and accurate and reserves the right to object and argue against its accuracy.

of Ms. Martinez, law enforcement observed Mr. Mejia-Macedo in the driver's seat of a vehicle in which Ms. Martinez was also seated as well as another adult female, Sara Damary Lagos-Lopez.

Two days later, on February 20, 2008, Mr. Mejia-Macedo was detained by law enforcement and arrested. On that same date, law enforcement interviewed Mr. Mejia-Macedo. Three law enforcement agents spoke together with Mr. Mejia-Macedo. One police officer acted both in his capacity as an officer and as an interpreter as the defendant's native language is Spanish. This interview was recorded. During the interview Mr. Mejia-Macedo made statements to the police regarding matters related to the initial charge he was arrested on, Unlawful Transportation and Movement of an Alien,  as well as the charges in the pending indictment. Mr. Mejia-Macedo now moves to suppress all statements he made on February 20, 2008, to law enforcement.

## LEGAL PRINCIPLES

### NO EFFECTIVE WAIVER OF MIRANDA RIGHTS OCCURRED

*Miranda* requires suppression during the government's case-in-chief of any unwarned communication by the defendant in response to custodial interrogation. *See, e.g., Pennsylvania v. Muniz,* 496 U.S. 582, 110 S. Ct. 2638, 2643-44, 110 L.Ed.2d 528 (1990). The *Miranda* rights include warnings to advise an individual of their constitutional privilege to remain silent, that anything that they say can be used against them in a court of law, that they have the right to the presence of counsel, and that if they cannot afford an attorney one would be appointed before any questioning if they so desire. *Miranda v. Arizona,* 384 U.S. 436, 478-79, 86 S.Ct. 1602, 1629, 16 L.Ed.2d 69 (1966).

In this case, law enforcement read Mr. Mejia-Macedo his rights. However, after having read him his rights, Mr. Mejia-Macedo did not waive his rights. He instead referenced his right to have a lawyer present. Law enforcement nevertheless continued to ask him questions. The questioning of Mr. Mejia-Macedo proceeded without ever re-*Mirandizing* Mr. Mejia-Macedo. At a certain point during the questioning, the agents inquire of Mr. Mejia-Macedo if he is "going to talk to us." (See attachment A, government's transcript of recorded interview, pages 1-24)[2]. Mr. Mejia-Macedo does not answer with a yes but rather a "Mm-hm" is noted on the government's transcript prepared of the recorded conversation. (See Attachment A, page 24). No further inquiry is made of Mr. Mejia-Macedo as to whether he is willing to waive his rights. However, at that point, law enforcement concluded that he has waived his *Miranda* rights and proceed further with their interrogation.

Mr. Mejia-Macedo never waived his Miranda rights. "A waiver is ordinarily an intentional relinquishment or abandonment of a known right or privilege." *Johnson v. Zerbst*, 304 U.S. 458, 464, 58 S.Ct. 1019, 1023, 82 L.Ed. 1461 (1938). After law enforcement read him his rights, he never verbally agreed to waive those rights. After his rights were read to him, he was asked whether he was willing to give up his rights (see Attachment A, page 7). He never answered that question in the affirmative. It is also unclear as to whether he verbally responded to agree to answer questions. The transcript

---

[2] Mr. Mejia-Macedo reserves his right to dispute the transcription and translation of the government's transcript and requests that the court listen to the relevant portions of the recording for a determination of this motion.

notes a "Mm-Hm." This is neither a "yes" nor a "no." Further, upon listening to the recording, it is difficult to hear any verbal response at all.[3]

## DEFENDANT'S INVOKED RIGHT TO COUNSEL WAS DISREGARDED

When a defendant requests counsel, "the interrogation must cease until an attorney is present." *Miranda v. Arizona*, *supra* at 474, 86 S.Ct., at 1627. "When an accused has invoked his right to have counsel present during custodial interrogation, a valid waiver of that right cannot be established by showing only that he responded to further police initiated custodial interrogation even if he has been advised of his rights. *Edwards v. Arizona*, 451 U.S. 477, 484, 101 S.Ct. 1880, 1884-85, 68 L.Ed.2d 378 (1981). After having expressed a desire to have counsel, further interrogation by the authorities must stop until counsel has been made available or unless, a person himself initiates further communication, exchanges or conversations with the police. *Id* at, 484-45, 101 S.Ct., at 1885.

Here Mr. Mejia-Macedo brought up his right to ask for a lawyer. (See Attachment A., page 9). Law enforcement informed him that "no" he could not have a lawyer right now (*Id*). Then instead of stopping the interview until a lawyer was present, law enforcement told him they did not know when a lawyer could be provided to him and that it could be two days later. In effect they negated his right to have a lawyer present. The purpose of *Miranda* warnings is to "show the individual that his interrogators are prepared to recognize his privilege should he chose to exercise it." *Miranda,* supra at 468, 86 S.Ct. at 1625. In this case, law enforcement, verbalized the opposite when they

---

[3] Undersigned has access to oral recordings but not visual recordings.

made it seem an uncertainty of when a lawyer could be provided and they imposed

further pressure on him that he would continue to be incarcerated.

## ANY STATEMENTS MADE WERE INVOLUNTARYAND MUST BE SUPPRESSED

No person "shall be compelled in any criminal case to be a witness against

himself." *Bram v. United States*, 168 U.S. 532, 542, 18 S.CT. 183, 42 L.Ed. 568 (1897).

Miranda conditions the admissibility at trial of any custodial confession on warning a

suspect of his rights.  Even when police comply with the requirements of *Miranda*, a

statement is inadmissible if it was involuntary.  *United States v. Bernett*, 495 F.2d 943, 948-

50 (D.C. Cir. 1974); 18 U.S.C. §3501(a).

> The relinquishment of the right[s] must have been voluntary in the sense
> that it was the product of a free and deliberate choice rather than
> intimidation, coercion or deception.  Second, the waiver must have been
> made with a full awareness both of the nature of the right being abandoned
> and the consequences of the decision to abandon it.

*Moran v. Burbine*, 475 U.S. 4121, 421, 106 S.Ct. 1135, 1141, 89 L.Ed.2d 410
(1986).

A confession is inadmissible as a matter of due process if under the totality of

circumstances it was involuntarily obtained. *See, e.g., Miller v. Fenton, 474 U.S. 104,*

*110, 106 S.Ct. 445, 449, 88 L.Ed.2d 405 (1985)*  Courts must take into account 'the

education, experience and conduct of the accused." *Pettyjohn v. United States*, 419 F.2d

651, 654 n.7 (D.C. Cir. 1969), *cert. denied*. 397 U.S. 1058, 90 S.Ct. 1383, 25 L.Ed.2d

676 (1970).  Further factors to be taken into account in determining the voluntariness of

statements are the actions and statements made by police officers to induce the

statements, the defendant's familiarity with the criminal justice legal system, the time period the defendant is held in custody prior to making statements, the physical setting and time of day during which questioning takes place, the types of questioning and the persons education level. *United States v. Yunis*, 859 F.2d 953, 961-65 (D.C. Cir. 1988). 18 U.S.C §3501 (b) requires the court to take into consideration all circumstances surrounding the giving of the confession including whether the defendant knew the nature of the offense which which he as charged or of which he was suspected at the time of making the confession. 18 U.S.C. §3501(b).

Assuming for arguendo that Mr. Mejia-Macedo waived his *Miranda* rights, his waiver was not knowing and voluntary. It is the prosecution that bears the burden of proving the voluntariness of the confession. *Lego v. Twomey*, 404 U.S. 477, 489, 92 S.Ct. 619, 30 L.Ed.2d 618 (1972). Here, the prosecution will be not able to meet that burden. Law enforcement never informed Mr. Mejia-Macedo that he was going to be charged for that he was a target relating to any prostitution offenses. Throughout police officer's interrogation of Mr. Mejia-Macedo they pressured him to talk or otherwise remain incarcerated. He was told it was in his best interest to talk to them (See Attachment A, at 7, 15). He was likewise told that only by talking to law enforcement could he "defend himself" (Attachment A, at 16) and help himself out (*Id*). He was advised that depending on what he said, he might be released (Attachment A, at 22).

## CONCLUSION

Wherefore, for these reasons and any others put forth during a hearing on this matter, the defendant requests that this motion be granted and that any statements made by him on February 20, 2008, be suppressed. In addition, any evidence seized as a result

of the interrogation must also be suppressed. *Wong Sun v. United States*, 371 U.S. 471,

484-85, 83 S.Ct. 407, 9 L.Ed.2d 441 (1963).

Respectfully submitted,

/s/

_____

Elita C. Amato
Counsel to FRANKLIN MEJIA MACEDO
D. C. Bar # 442797
2009 N. Fourteenth St., Suite 708
Arlington, VA  22201
(703) 522-5900

## CERTIFICATE OF SERVICE

**I CERTIFY** that the above motion was filed electronically on August 22, 2008,
thereby being served electronically upon all parties in this case.

**/s/**
_____

**Elita C. Amato, Esq.**

**THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES** | ) | |
| | ) | |
| **v.** | ) | **Criminal No. 08-52 (RMU)** |
| | ) | |
| **FRANKLIN MEJIA MACEDO** | ) | |
| | ) | |
| **Defendant.** | ) | |
| _____ | ) | |

**ORDER**

Upon consideration of Defendant Franklin Mejia Macedo's *Supplemental Motion to Suppress Statements and Memorandum of Points and Authorities*, any opposition therein, and the record from a full hearing, it is this _____ day of _____, 2008, hereby

**ORDERED** that defendant Franklin Mejia Macedo's Motion is granted; and it is further

**ORDERED** that the government is precluded from introducing any statements of February 20, 2008, made by Mr. Franklin Mejia Macedo.

**SO ORDERED**.

Date:

_____
Ricardo M. Urbina
United States District Judge



# Transcription Sheet

| Case name: | Flores-Rojas Human Trafficking |
|---|---|
| Case Number: | CR15HR08CR0004 |
| Work Order Number: | TCS 08-0017 |
| CD Number: | 1 of 1 |
| Date: | February 20, 2008. |
| Time: | 22:34 |
| Duration: | 1:30:23 |
| Interview: | Franklin Mejia. |
| Transcription by: | M. Sothers |
| Translation by: | M. Chavez |
| QC by: | E. Flores |
| Language: | Spanish/English |

## VOICES/NOTES

S/A Jason Dewey = DEWEY
S/A Woody Bass = BASS
Franklin Mejia = MEJIA
Automatic recording = A/R
Unidentified male = U/M

Notes:
*Italics for words spoken in English*
[PH] = Phonetic Rendition
[U/I] = Unintelligible

*CONFIDENTIAL*

TCS Translations
7915 Westpark Drive, McLean, Virginia 22102
Phone 703.839.8700

| SPEAKER | TRANSCRIPTION | TRANSLATION |
|---|---|---|
| | [COMIENZO DE LA GRABACIÓN] | [BEGINNING OF RECORDING] |
| DEWEY | *This is case number CR15HR08CR0004.  This is an interview subsequent to the arrest of Franklin Mejia.  Today's date is February 20, 2008.  The time now is 22:34 hours.  Present are the defendant Franklin Mejia, myself Senior Special Agent Jason Dewey, Senior Special Agent Woody Bass; both with I.C.E. and Officer--* | This is case number CR15HR08CR0004.  This is an interview subsequent to the arrest of Franklin Mejia.  Today's date is February 20, 2008.  The time now is 22:34 hours.  Present are the defendant Franklin Mejia, myself Senior Special Agent Jason Dewey, Senior Special Agent Woody Bass; both with I.C.E. and Officer-- |
| FERNANDEZ | *Fernandez from the [U/I] District Vice Unit.* | Fernandez from the [U/I] District Vice Unit. |
| | [SONIDO DE MOVIMIENTO] | [SOUND OF MOVEMENT] |
| DEWEY | [MASCULLA] *[U/I] my office.* Me llamo Jason Dewey, son agente por- del departamento de Seguro So- ah, de Seguro de los Estados Unidos y él es Agente Woody Bass. ¿Entiendes? Es un oficial de- por el departamento de Policía de Washington DC. | [MUMBLES] [U/I] my office.  My name is Jason Dewey, I'm agent for- from the Department of Safety So- uh, from Safety of the United States and he is Agent Woody Bass. Do you understand? He is an officer from- for the |

*CONFIDENTIAL*

Page 3 of 177
Case Number: CR15HR08CR0004
Interview: Franklin Mejia

| SPEAKER | TRANSCRIPTION | TRANSLATION |
|---------|---------------|-------------|
| | ¿Entiendes, si o no? | Police Department of Washington DC. Do you understand, yes or no? |
| MEJIA | [CARRASPEA] Ajá. | [CLEARS THROAT] Uh-huh. |
| DEWEY | Okay. | Okay. |
| FERNANDEZ | ¿Cómo- cómo tú te llamas? | What- what is your name? |
| MEJIA | Franklin [I/I] Mejia Macedo. | Franklin [U/I] Mejia Macedo. |
| FERNANDEZ | ¿Macedo? | Macedo? |
| MEJIA | Sí. | Yes. |
| FERNANDEZ | ¿Cómo- cómo tú quieres que te llame? ¿Cómo tú quieres que--? | What- what do you want me to call you? What do you want--- |
| MEJIA | Frank. | Frank. |
| FERNANDEZ | Frank. ¿Dónde tú vives Frank? | Frank. Where do you live, Frank? |
| MEJIA | En la 4913 *Kansas Avenue*. | On 4913 Kansas Avenue. |
| FERNANDEZ | ¿Qué tiempo tienes viviendo ahí? | How long have you lived there? |
| MEJIA | Cuatro [4] meses. | Four [4] months. |
| FERNANDEZ | ¿Cuatro [4] meses? | Four [4] months? |

Page 4 of 177
Case Number: CR15HR08CR0004
Interview: Franklin Mejia

| SPEAKER | TRANSCRIPTION | TRANSLATION |
|---------|---------------|-------------|
| MEJIA | Sí. | Yes. |
| FERNANDEZ | *Okay.* ¿Tú no estás herido ni tienes- ni estás, estas tomando drogas? | Okay. You aren't hurt nor have- don't have, have taken any drugs? |
| MEJIA | No. | No. |
| FERNANDEZ | ¿Medicación? | Medications? |
| MEJIA | No. | No. |
| FERNANDEZ | ¿Está todo bien? ¿No te molesta nada? | Everything is okay? Nothing bothers you? |
| MEJIA | Nada. | Nothing. |
| FERNANDEZ | *Okay.* ¿Sabes escribir y leer en español? | Okay. Do you know how to write and read in Spanish? |
| MEJIA | Si puedo. | I can. |
| FERNANDEZ | Yo le voy a leer estas- estas oraciones aquí que dicen en esta tarjeta. | I am going to read these- these sentences here that are on this card. |
| MEJIA | Mjm. | Mm-hm. |
| FERNANDEZ | Para los derechos de ustedes. Pa' que sepan cuales son los derechos aquí en los Estados | For your rights. So you can know the rights here in the United States. |

*CONFIDENTIAL*

TCS Translations
7915 Westpark Drive, McLean, Virginia 22102
Phone 703.839.8700

| SPEAKER | TRANSCRIPTION | TRANSLATION |
|---------|---------------|-------------|
| | Unidos. | |
| MEJIA | *Okay.* | Okay. |
| FERNANDEZ | Y en lo que vaya pasando. Pero, que usted tiene que entenderlo y tratar de comunicar pa' ver lo que nosotros estamos pasando y pa' que usted sepa por que estamos aquí. | And in what will be happening. But, you have to understand it and try to communicate to see what we are trying to present and so you can know why we are here. |
| MEJIA | Mjm. | Mm-hm. |
| FERNANDEZ | *Okay.* Aquí te han dado chance, nosotros [I/I] lo que pasó o lo que esta pasando acerca del caso o si usted tiene alguna pregunta con nosotros. Pero, tiene que entender esto primero. | Okay. Here they have given you a chance, we [U/I] what happened or what is happening related to this case or if you have a question for us. But, you have to understand this first. |
| MEJIA | *Okay.* | Okay. |
| FERNANDEZ | ¿Okay? Ahora mismo son las- las diez y cuarenta [10:40] tengo yo en mi reloj mio. | Okay? Right now it is- is ten forty [10:40] I have on my watch of mine. |
| MEJIA | Mjm. | Mm-hm. |

Page 6 of 177
Case Number: CR15HR08CR0004
Interview: Franklin Mejia

| SPEAKER | TRANSCRIPTION | TRANSLATION |
|---------|---------------|-------------|
| FERNANDEZ | ¿Okay?  Usted tiene el derecho de no decir nada-- | Okay? You have the right to remain silent--- |
| MEJIA | Mjm. | Mm-hm. |
| FERNANDEZ | --Cualquier cosa que usted diga ahora puede ser usada en su contra y er juzgado. | --Whatever you say today can be used against you and in a court of law. |
| MEJIA | Mjm. | Mm-hm. |
| FERNANDEZ | Usted tiene el derecho de hablar con un abogado y el derecho de pres- presente durante la interrogación. | You have the right to talk to a lawyer and the right to pres- present during the interrogation. |
| MEJIA | Mjm. | Mm-hm. |
| FERNANDEZ | Si usted tiene- si no puede pagar un abogado, se le podría proporcionar uno para representar ante cualquier interrogación. | If you have- if you can't pay for a lawyer, one can be appointed to you to represent you in any interrogation. |
| MEJIA | *Okay.* | Okay. |
| FERNANDEZ | ¿Okay?  Y aquí hay tres [3] preguntas.  ¿Entiende usted sus derechos? | Okay? And here are three [3] questions. Do you understand your rights? |

*CONFIDENTIAL*

TCS Translations
7915 Westpark Drive, McLean, Virginia 22102
Phone 703.839.8700

| SPEAKER | TRANSCRIPTION | TRANSLATION |
|---------|---------------|-------------|
| MEJIA | Sí, los entiendo. | Yes, I understand them. |
| FERNANDEZ | ¿Estas dispuesto a renunciar a estos derechos y a hablar con- conmigo? | Are you able to give up these right and talk with- with me? |
| DEWEY | ¿Quiere hablar con nosotros? | Do you want to talk to us? |
| FERNANDEZ | ¿Quiere- quiere leer lo que yo le leí? | Do you want- do you want to read what I read to you? |
| DEWEY | Es en su ti- interés. | It's in your ti- interest. |
| MEJIA | ¿Sobre- sobre qué van a hablar conmigo?  No sé lo que me están- por qué estoy arrestado. No sé. | About- about what are you going to talk to me about? I don't know what you are- why I'm arrested. I don't know. |
| DEWEY | Okay. Pero nosotros hablamos con el resto, por todo de- de cosas. Pero es- está bien. ¿Quiere hablar con nosotros? | Okay. But, we talked with the rest, about all the- the things. But, is- it's okay. Do you want to talk to us? |
| MEJIA | Sobre ¿qué? | About what? |
| DEWEY | Por de este caso, por de- de arresto. | About this case, about the- the arrest. |
| FERNANDEZ | Yo quiero que tú entiendas lo que está pasando.  Que nosotros vamos a hablar de lo que esta | I want you to understand what is happening. We are going to be talking about what is |

Page 8 of 177
Case Number: CR15HR08CR0004
Interview: Franklin Mejia

| SPEAKER | TRANSCRIPTION | TRANSLATION |
|---------|---------------|-------------|
|  | pasando en el caso y por que la razón que usted esta aqui. | happening in this case and the reason you are here. |
| MEJIA | Mjm. | Mm-hm. |
| DEWEY | ¿De donde es usted? | Where are you from? |
| MEJIA | Honduras. | Honduras. |
| DEWEY | Honduras. ¿De que ciudad de Honduras? | Honduras. What city in Honduras? |
| MEJIA | Progreso y oro. | Progreso y oro. |
| DEWEY | ¿Cómo? | What? |
| MEJIA | Progreso. | Progreso. |
| DEWEY | ¿Tiene familia en Honduras? | Do you have family in Honduras? |
| MEJIA | Sí. | Yes. |
| DEWEY | ¿Y tiene familia aquí en los Estados Unidos? | And do you have family here in the United States? |
| MEJIA | No. | No. |
| DEWEY | ¿Familia en Washington? | Family in Washington? |
| MEJIA | No. | No. |
| DEWEY | ¿Nada? ¿Solamente tu novia, | Nothing? Only your girlfriend, |

*CONFIDENTIAL*

TCS Translations
7915 Westpark Drive, McLean, Virginia 22102
Phone 703.839.8700

| SPEAKER | TRANSCRIPTION | TRANSLATION |
|---|---|---|
| | verdad? | right? |
| MEJIA | Sí. Solo somos ella y yo. | Yes. It's only her and I. |
| DEWEY | Okay. ¿Quiere hablar con nosotros? | Okay. Do you want to talk to us? |
| FERNANDEZ | Por favor. | Please. |
| MEJIA | ¿Qué vamos a hablar? Es lo que no entiendo. | What are we going to talk about? That is what I don't get. |
| FERNANDEZ | Vamos a hablar de por la razón por la que estas aquí. | We are going to talk about the reason you are here. |
| DEWEY | Como no. | Alright then |
| MEJIA | ¿Y si yo puedo pedir un abogado? Yo no tengo dinero pa' pagar un abogado. | And I can ask for a lawyer? I don't have money to- to pay for a lawyer. |
| FERNANDEZ | No, pero si- si usted quiere pedir un abogado, ahora mismo. No sé le- se le- se le va a poder dar uno pero no va a ser ahora mismo. No va- no vamos a poder hablar de lo que esta pasando en el caso ni explicarle nada de lo que esta pasando. Usted no puede preguntar que es lo que esta | No, but if- if you want to ask for a lawyer, right now. I don't know when one will be- will be- will be given but it won't be right at this very moment. We won't- won't be able to talk about the case that's going on, nor explain about anything that is going on. You can't ask |

*CONFIDENTIAL*

Page 10 of 177
Case Number: CR15HR08CR0004
Interview:  Franklin Mejia

| SPEAKER | TRANSCRIPTION | TRANSLATION |
|---|---|---|
| | pasando.  Y eso puede ser mañana, otro día o dos [2] días después. | about what is going on. And that could be tomorrow, another day or two [2] days after. |
| MEJIA | Pero, a mi me van a tener detenido, porque estoy detenido. | But, you will have me detained? Because I'm detained? |
| FERNANDEZ | Sí.  Amigo usted esta detenido, por eso queremos hablar con usted, a ver que es lo que está pasando con el caso. | Yes. Friend, you're detained, that is why we want to talk to you, to see what's going on with the case. |
| DEWEY | ¿Cuál es su fecha de nacimiento? | What is your date of birth? |
| MEJIA | El, el ocho [8]... | The, the eight [8]... |
| DEWEY | Mjm. | Mm-hm. |
| MEJIA | [SUSPIRA] del veinticinco, ocho, cinco [8/25/85]. | [SIGHS] the twenty-fifth, eight, five [8/25/85]. |
| DEWEY | ¿Y por cuando tiempo tiene usted aquí en los Estados Unidos? | And how long have you been in the United States? |
| MEJIA | Tres [3] años. | Three [3] years. |
| DEWEY | ¿En que- que- *do you speak English?* | In what- what- do you speak English? |

Page 11 of 177
Case Number: CR15HR08CR0004
Interview: Franklin Mejia

| SPEAKER | TRANSCRIPTION | TRANSLATION |
|---|---|---|
| MEJIA | No. | No. |
| DEWEY | ¿Por tres [3] años? | In three [3] years? |
| MEJIA | Mjm. | Mm-hm. |
| DEWEY | ¿Vive aquí en Washington DC por tres [3] años o por donde? | Do you live here in Washington, DC for three [3] years or around where? |
| MEJIA | Sí, Washington DC. | Yes, Washington, DC. |
| DEWEY | ¿Nada más? | That's it? |
| MEJIA | Nada más. | That's it. |
| DEWEY | Okay. | Okay. |
| FERNANDEZ | ¿No has vivido en ninguna otra parte de los Estados Unidos? ¿No, no has vivido? | You haven't lived anywhere else in the United States? You haven't, haven't lived? |
| MEJIA | No, solo aquí. | No, only here. |
| FERNANDEZ | ¿Y adon- has vivido los tres [3] años ahí solamente… | And where- has lived for three [3] years, there only…? |
| MEJIA | No. | No. |
| FERNANDEZ | ¿En el 4913? | In the 4913? |
| MEJIA | No. | No. |

*CONFIDENTIAL*

Page 12 of 177
Case Number: CR15HR08CR0004
Interview: Franklin Mejia

| SPEAKER | TRANSCRIPTION | TRANSLATION |
| --- | --- | --- |
| FERNANDEZ | ¿En que otra dirección has vivido tú antes? | In what other address have you lived at before? |
| MEJIA | En… en la Newton, la catorce [14], 1476. | In… in the Newton, the fourteen [14], 1476. |
| FERNANDEZ | ¿1476 de la Newton? | 1476 of the Newton. |
| MEJIA | Sí. | Yes. |
| FERNANDEZ | ¿Aquí en Northwest? | Here in Northwest? |
| MEJIA | Sí, en Northwest. | Yes, in Northwest. |
| FERNANDEZ | Okay.  ¿Y con quién vivías ahí? | Okay. And with whom did you live there? |
| MEJIA | En un apartamento. | In an apartment. |
| FERNANDEZ | ¿Solo? | Alone? |
| MEJIA | Sí. | Yes. |
| DEWEY | Y ah, okay, ¿por dónde entró usted en los Estados Unidos? | And uh, okay, where did you enter the United States? |
| MEJIA | Por- ilegalmente. | By- illegally. |
| DEWEY | ¿Pero por dónde? | But, how? |
| MEJIA | Por una frontera. | By the border. |

*CONFIDENTIAL*

TCS Translations
7915 Westpark Drive, McLean, Virginia 22102
Phone 703.839.8700

Page 13 of 177
Case Number: CR15HR08CR0004
Interview:  Franklin Mejia

| SPEAKER | TRANSCRIPTION | TRANSLATION |
|---|---|---|
| DEWEY | ¿Pero qué ciudad de la frontera? Brownsville, Atar [PH], Nogales…? | But, what city on the border? Brownsville, Ata [PH], Nogales…? |
| FERNANDEZ | En Me- de México, ¿verdad? | In Me- from Mexico, right? |
| MEJIA | Sí, pero-- | Yes, but-- |
| DEWEY | ¿Pero que estado de México, Matamoros? | But, what state in Mexico? Matamoros? |
| MEJIA | No sé. | I don't know. |
| DEWEY | No sabe. | You don't know? |
| MEJIA | Ellos solo te traen y tú no sabes nada por donde entras, no sabes. | They just bring you and you don't know anything about where you come in, you just don't. |
| DEWEY | Bueno pero en que estado de los Estados Unidos.  ¿En Tejas, en Arizona, Nuevo México? | Well, but, in what state of the United States? In Texas? In Arizona? New Mexico? |
| MEJIA | No sé. | I don't know. |
| DEWEY | ¿Pago al coyote? | Did you pay a coyote? |
| MEJIA | Mjm. | Mm-hm. |
| DEWEY | ¿Cuánto pagaste? | How much did you pay? |

*CONFIDENTIAL*

TCS Translations
7915 Westpark Drive, McLean, Virginia 22102
Phone 703.839.8700

Page 14 of 177
Case Number: CR15HR08CR0004
Interview: Franklin Mejia

| SPEAKER | TRANSCRIPTION | TRANSLATION |
|---------|---------------|-------------|
| MEJIA | No sé. | I don't know. |
| DEWEY | ¿Mil quinientos [1500], dos mil [2000] dólares? | Fifteen hundred [1,500]? Two thousand dollars [$2,000]? |
| MEJIA | Yo solo crucé. | I only crossed. |
| DEWEY | Pero con coyote. ¿verdad? Tú no cruzas solamente. | But, with a coyote? Right? You didn't just cross. |
| MEJIA | No sé, veníamos varios y había unos que ya sabían como entrar. | I don't know, many came and there were some that already knew how to get in. |
| DEWEY | Mh. ¿En que fecha mas o menos? Sí tu tienes tres [3] años aquí pero-- | Hm. On what date, more or less? If you have three [3] years here, but-- |
| MEJIA | En enero. | In January. |
| DEWEY | ¿Enero de qué año? | In January of what year? |
| MEJIA | El dos mil cinco [2005]. | In two thousand five [2005]. |
| DEWEY | Dos mil cinco [2005]? Okay. ¿Pero que dia, diez de enero, quince de enero…? Mas o menos. | Two thousand five [2005]? Okay. But what day, tenth [10th] of January, fifteenth [15th] of January…? More or less? |
| MEJIA | No sé. Tú vienes ahí, no traes reloj, no traes tiempo, no traes | I don't know. You come there, you don't have a watch, you |

*CONFIDENTIAL*

TCS Translations
7915 Westpark Drive, McLean, Virginia 22102
Phone 703.839.8700

| SPEAKER | TRANSCRIPTION | TRANSLATION |
|---------|---------------|-------------|
|  | nada.  Entonces tú no sabes como entras.  Tú no sabes qué horas son. | don't have the time, you don't have anything. Then you don't know when you come in. You don't know what hour it is. |
| DEWEY | Okay. | Okay. |
|  | [VOCES [I/I] AL FONDO] | [VOICES [U/I] IN THE BACKGROUND] |
| DEWEY | *Did he waive Miranda?* | Did he waive Miranda? |
| FERNANDEZ | *No, no.  He hasn't said anything yet about the case so…* | No, no.  He hasn't said anything yet about the case so… |
| DEWEY | *Okay.  But you know, go ahead and let him know that- that it would be to his interest to talk to us and if he's willing to talk to us. We are going to ask some questions uh, if he understands his rights we would like to ask him some questions about the case and if it's okay with him.* | Okay.  But you know, go ahead and let him know that- that it would be to his interest to talk to us and if he's willing to talk to us.  We are going to ask some questions uh, if he understands his rights we would like to ask him some questions about the case and if it's okay with him. |
| FERNANDEZ | Él dice que- que le conviene a usted para nosotros hablar del caso porque usted está aquí. | He says that- that it would be in your best interest to talk with us about the case, |

Page 16 of 177
Case Number: CR15HR08CR0004
Interview: Franklin Mejia

| SPEAKER | TRANSCRIPTION | TRANSLATION |
|---|---|---|
| | | because you are here. |
| MEJIA | Mjm. | Mm-hm. |
| FERNANDEZ | Que le puede a usted ayudar. | It could help you out. |
| MEJIA | ¿En que me puede ayudar? | How is it going to help me? |
| FERNANDEZ | Por eso usted- No lo puede ayudar en este caso ahí pero usted- el único que se puede ayudar ahora es usted y defenderse usted mismo de lo que está pasando. Porque él sabe- sabe lo que está pasando. | That is why you- Can't help in this case here, but, you- the only one that can help himself now is you and defend yourself against what is happening. Because he knows- knows what is happening. |
| MEJIA | ¿El es de Inmigración? | Is he from Immigration? |
| FERNANDEZ | ¿Mh? | Mh? |
| MEJIA | ¿El dice que es de Inmigración, del departamento de Inmigración? | He says he's from Immigration, from the Department of Immigration? |
| FERNANDEZ | Sí. | Yes. |
| MEJIA | Imagínate. | Imagine that? |
| DEWEY | *What did he say?* | What did he say? |
| FERNANDEZ | *He said- he's asking if you are from- from the Immigration* | He said- he's asking if you are from- from the |

Page 17 of 177
Case Number: CR15HR08CR0004
Interview: Franklin Mejia

| SPEAKER | TRANSCRIPTION | TRANSLATION |
|---|---|---|
|  | *Department.* | Immigration Department. |
| DEWEY | Y alguno también. | And maybe also. |
| MEJIA | Imagínate. | Imagine that. |
| DEWEY | *What's magina?* | What's 'magina'? |
| FERNANDEZ | *He said, "imagine that."* | He said, "imagine that." |
| DEWEY | *Yeah.* | Yeah. |
| MEJIA | Uno viene a trabajar aquí, no viene a hacer ningún daño a nadie. | One comes to work here, not to harm anyone else. |
| FERNANDEZ | *He said he only came here to work; he's not trying to harm anybody.* | He said he only came here to work; he's not trying to harm anybody. |
| DEWEY | *Okay. So is it okay if we talk to him?* | Okay. So is it okay if we talk to him? |
| FERNANDEZ | ¿Pero si tú estás conforme que hablemos contigo? ¿Que hablemos del caso y de lo que esta pasando? | But do you agree that we talk with you? That we talk about the case and about what is happening? |
| MEJIA | ¿Por qué no? ¿Pero qué, si hablamos del caso ellos me van a pasar a Inmigración, me van a | Why not? But, what, if we talk about the case they will pass me on to Immigration, they'll |

*CONFIDENTIAL*

TCS Translations
7915 Westpark Drive, McLean, Virginia 22102
Phone 703.839.8700

| SPEAKER | TRANSCRIPTION | TRANSLATION |
|---|---|---|
|  | deportar? No sé, es que no puedo decir nada porque no sé. Ellos me van a deport-- | deport me? I don't know, it's that I can't say anything because I don't know. They will deport-- |
| FERNANDEZ | ¿Es que tú no sabes por qué tú estás aquí? | It's that you don't know why you are here? |
| MEJIA | No sé. | I don't know. |
| FERNANDEZ | *He wants to find out why he is here.* | He wants to find out why he is here. |
| DEWEY | *He's- right now he's arrested for being illegally present in the United States and he is also uh- [STUTTERS] uh being arrested because of uh, he was seen driving another illegal alien in a car.* | He's- right now he's arrested for being illegally present in the United States and he is also uh- [STUTTERS] uh being arrested because of uh, he was seen driving another illegal alien in a car. |
| FERNANDEZ | *Okay.* Que- que estas ahora detenido por la razón de- por la cosa de Inmigra- y que te vieron manejando a otra persona que era inmigrante también. | Okay. What- what are you being detained for right now is the reason of- for the reason of Immigra- and that they saw you driving another person that was also an immigrant. |
| DEWEY | *Also, let him know that we'd like his cooperation and, you know, it* | Also, let him know that we'd like his cooperation and, you |

Page 19 of 177
Case Number: CR15HR08CR0004
Interview: Franklin Mejia

| SPEAKER | TRANSCRIPTION | TRANSLATION |
|---|---|---|
| | *would be in his best interest to cooperate with us. We are not interested in- in- in his aspect of driving the car with an illegal alien. We're working on something else and we want his help with that.* | know, it would be in his best interest to cooperate with us. We are not interested in- in- in his aspect of driving the car with an illegal alien. We're working on something else and we want his help with that. |
| FERNANDEZ | Que ellos- ellos- ellos quieren que tú hables con ellos. Porque no la razón que tú estabas manejando una gente que es inmigrante. | That they- they- they want you to talk with them. Because the reason is not that you were driving around with an immigrant person. |
| MEJIA | Mjm. | Mm-hm. |
| FERNANDEZ | Ellos están investigando otro caso que ellos quieren información de eso, y ellos quieren que tú los ayudes en eso. | They are investigating another case, that they want information on that, and they want you to help them with that. |
| MEJIA | ¿Pero de ahí qué va a pasar conmigo? | But, from there, what is going to happen with me? |
| FERNANDEZ | *He said, "then what happens with me after that?"* | He said, "then what happens with me after that?" |
| DEWEY | *Well, let's talk.* | Well, let's talk. |

*CONFIDENTIAL*

Page 20 of 177
Case Number: CR15HR08CR0004
Interview: Franklin Mejia

| SPEAKER | TRANSCRIPTION | TRANSLATION |
|---|---|---|
| FERNANDEZ | Dice que de la única forma que te puede decir es si pueden hablar. Para hablar de lo que esta pasando. | He said that the only way he can tell you is if you can talk with us. To talk about what is going on. |
|  | [VOCES ENTRECRUZADAS] | [VOICES OVERLAP] |
| DEWEY | *It depends- it depends on what he can tell us.* | It depends- it depends on what he can tell us. |
| FERNANDEZ | Eso depende de lo que tú les puedas decir a ellos. | That depends on what you can tell them. |
| DEWEY | *Right now- right now it's in a- I mean, tell him I don't think he's a bad guy.* | Right now- right now it's in a- I mean, tell him I don't think he's a bad guy. |
| FERNANDEZ | Él dice que- que él sabe que tú no eres una- una mala persona. | He says that- that he knows that you aren't a- a bad person. |
| MEJIA | Mm. | Mm. |
| DEWEY | *But he does have information that I'd like to know about.* | But he does have information that I'd like to know about. |
| FERNANDEZ | Porque sabes una información que él necesita saber. | Because you know information that he'd like to know about. |
| DEWEY | *So let's sit down and talk.* | So, let's sit down and talk. |

*CONFIDENTIAL*

TCS Translations
7915 Westpark Drive, McLean, Virginia 22102
Phone 703.839.8700

Page 21 of 177
Case Number: CR15HR08CR0004
Interview: Franklin Mejia

| SPEAKER | TRANSCRIPTION | TRANSLATION |
|---------|---------------|-------------|
| MEJIA | Si yo fuera- si yo fuera mala persona, el día que agarraron a mi- a mi novia, yo me hubiera ido desde donde vivo. Pero como yo no- no sé que por qué la agarraron a ella… No sé nada entonces yo me quedé viviendo en la casa. Si no yo me hubiera huido, me hubiera ido para otro estado. Otro estado del país y ellos no me hubieran encontrado. | If I was- if I was a bad person, the day you got my- my girlfriend, I would have left where I was living. But, like I don't- don't know what, why you guys got her… I don't know anything, that's why I stayed living there in that house. If not, I would have fled; I would have gone to another state. Another state in this country and they would not have found me. |
| FERNANDEZ | *He said that if he were a bad person, when you arrested the girlfriend he would have left.* | He said that if he were a bad person, when you arrested the girlfriend he would have left. |
| FERNANDEZ | Ellos entienden eso, que tú no eres mala persona, pero es que ellos necesitan tu ayuda en otro caso que están ellos investigando. | They understand that, that you aren't a bad person, but it's that they need your help in another case that they are investigating. |
| MEJIA | ¿Pero ellos me van a dejar libre? | But, are they going to let me go? |
| FERNANDEZ | No, ahora mismo no. | No, not right now. |

*CONFIDENTIAL*

TCS Translations
7915 Westpark Drive, McLean, Virginia 22102
Phone 703.839.8700

Page 22 of 177
Case Number: CR15HR08CR0004
Interview: Franklin Mejia

| SPEAKER | TRANSCRIPTION | TRANSLATION |
|---|---|---|
| FERNANDEZ | *He said that if he helps you, are you going to let him go? I said not right now.* | He said that if he helps you, are you going to let him go? I said not right now. |
| DEWEY | *Well, not right now. We gotta talk and depends on what he says. Tell him it depends--* | Well, not right now. We gotta talk and depends on what he says. Tell him it depends-- |
| FERNANDEZ | Todo depende de lo que tú digas. | Everything depends on what you say. |
| MEJIA | Porque yo puedo hablar con ellos pero el problema es que si a mi me van a mandar pa' mi país me van a matar-- | Because, I can talk to them, but, the problem that if they are going to send me to my country, they will kill me--- |
| DEWEY | *What did he say?* | What did he say? |
| MEJIA | --por los problemas de las pandillas y a mi ya me mataron un hermano y si voy allá me van a matar. Por ese motivo estoy en este país. | --because of the problems with the gangs and they already murdered one of my brothers and if I go over there, they will kill me. For that reason, I am in this country. |
| FERNANDEZ | *He said that he alrea- his brother already got murdered in his own country when they sent him back. He would like to talk but he don't want to go back to his country. If* | He said that he alrea- his brother already got murdered in his own country when they sent him back. He would like to talk but he don't want to go |

Page 23 of 177
Case Number: CR15HR08CR0004
Interview: Franklin Mejia

| SPEAKER | TRANSCRIPTION | TRANSLATION |
|---|---|---|
|  | *you deport him back they are going to kill him.* | back to his country.  If you deport him back they are going to kill him. |
| DEWEY | *Why did they kill his-  Is he willing to talk? I need a yes or a no.  Is he going to talk to us?* | Why did they kill his-  Is he willing to talk? I need a yes or a no.  Is he going to talk to us? |
| FERNANDEZ | Que si tú estas- Él quiere saber porque él se está poniendo-- | Are you- He wants to know, why is he putting--- |
|  | [VOCES ENTRECRUZADAS] | [VOICES OVERLAP] |
| DEWEY | *If he's willing to talk he can answer more questions and go forward.* | If he's willing to talk he can answer more questions and go forward. |
| FERNANDEZ | Que si tu quieres hablarle vas a- pa- es tiempo de hablarle y que puedan hablar de lo que esta pasando. | If you want to talk you have to- for- it's time to talk to him and to talk about what is going on. |
| DEWEY | *But I want to talk about his brother but I need and answer, yes or not and go forward.* | But I want to talk about his brother but I need and answer, yes or not and go forward. |
| FERNANDEZ | Que van a hablar de tu hermano y van a hablar de esa cosa pero quiere saber si sí o no vas a hablar con nosotros. | That they will talk about your brother and talk about that stuff, but, he wants to know, yes or no? Are you going to |

Page 24 of 177
Case Number: CR15HR08CR0004
Interview: Franklin Mejia

| SPEAKER | TRANSCRIPTION | TRANSLATION |
|---------|---------------|-------------|
| | | talk with us? |
| DEWEY | *I need- I need and answer.* ¿Si o no? [PAUSA] *Okay, yes.* | I need- I need and answer. Yes or no? [PAUSE] Okay, yes. |
| FERNANDEZ | ¿Sí o no? | Yes or no? |
| MEJIA | Mjm. | Mm-hm. |
| DEWEY | *Okay. So the defendant waived Miranda at uh, 20:45 hours uh, correction, 22:45 hours [U/I] Okay. He didn't say yes. Uh, um why was his brother murdered?* | Okay. So the defendant waived Miranda at uh, 20:45 hours uh, correction, 22:45 hours [U/I] Okay. He didn't say yes. Uh, um why was his brother murdered? |
| FERNANDEZ | ¿Por qué fue que asesinaron a tu hermano? | Why is it that they murdered your brother? |
| MEJIA | Porque él estaba en pandillas, entonces él se había retirado de las pandillas lo asesinaron. Y como uno si no entra en las pandillas te matan. | Because he was involved in gangs, then he retired from gangs, and they assesinated him. And like, if you don't joing a gang, they kill you. |
| FERNANDEZ | ¿Pandillas aquí o allá? | Gangs here or there? |
| MEJIA | Es todo, allá. Pero es lo mismo en Honduras o aquí es lo mismo. Es las mismas pandillas. | All of it, there. But it's the same in Honduras or here, it's the same. They are the same |

*CONFIDENTIAL*

TCS Translations
7915 Westpark Drive, McLean, Virginia 22102
Phone 703.839.8700